FILE COPY



# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

---

Friday, June 13, 2025

Mr. George M. Bishop
Attorney at Law
4191 F.M. 1155 South
Chappell Hill, TX 77426
* DELIVERED VIA E-MAIL *

Mr. Charles Flores
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, TX 77002
* DELIVERED VIA E-MAIL *

RE:     Case Number:  23-0868
        Court of Appeals Number:  10-21-00309-CV
        Trial Court Number:  18-001344-CV-361

Style:  WHITE KNIGHT DEVELOPMENT, LLC
        v.
        DICK B. SIMMONS, SR., AND JULIE M. SIMMONS

Dear Counsel:

Today the Supreme Court of Texas issued an opinion and judgment in the above-referenced cause. You may obtain a copy of the opinion and judgment through Case Search on our Court's webpage at: http://www.txcourts.gov/supreme.aspx. On the Case Search page simply enter the case number and push the Search button to find the docket page for your case.

Sincerely,

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk

cc:     Ms. Sherry Williamson (DELIVERED VIA E-MAIL)
        District Clerk Brazos County (DELIVERED VIA E-MAIL)
        Mr. Matthew Sharpe (DELIVERED VIA E-MAIL)